United States District Court
Northern District of Texas
Dallas Division

Supplemental Civil Cover Sheet For Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

| Court | Case Number |
|---|---|
| 14th Judicial District Court of Dallas County, Texas | DC-17-06672 |

2. **Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

| Party and Party Type | Attorney(s) |
|---|---|
| **Plaintiffs**<br><br>Raider Marketing, LP, EXCO Resources, Inc., EXCO Operating Company, LP, and EXCO Land Company, LLC | **Plaintiffs' Counsel**<br>T. Gregory Jackson (TBN 24004718), Winn Carter (TBN 03932950), David Levy (TBN 12264850), Aaron Christian (TBN 24076089), Morgan, Lewis & Bockius LLP,<br>1717 Main St., Ste. 3200,<br>Dallas, TX 75201,<br>214-466-4000 |
| **Defendant**<br><br>Chesapeake Energy Marketing, L.L.C. | **Defendant's Counsel**<br>Craig A. Haynes (TBN 09284020)<br>Greg Curry (TBN 05270300)<br>Rachelle S. Glazer (TBN 09785900)<br>Jenny Henry (TBN 15859500)<br>THOMPSON & KNIGHT LLP<br>1722 Routh St., Suite 1500<br>Dallas, Texas 75201<br>(214) 969-1700 |

522221 000609 19520725.1

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ___ Yes   _X_ No

4. **Answer:**

   Was an Answer made in State Court?   ___ Yes   _X_ No

   If "*Yes*," by which party and on what date?  N/A

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | Chesapeake Energy Marketing, L.L.C. (Defendant) | Unknown |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | Not applicable. | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   **Party** — **Claim(s)**

**Plaintiffs**: Plaintiffs allege that Defendant allegedly wrongfully terminated a Base Contract for Sale and Purchase of Natural Gas (the "Base Contract") under which Defendant buys gas from Plaintiff Raider Marketing, LP "from April 2013 until June 2032, and Raider [Marketing, LP] pays [Defendant] for [Defendant's] costs associated with transporting and processing the gas under a mutually agreed upon price/cost structure." Plaintiffs' Petition ¶ 1. Plaintiffs further allege that Defendant "is attempting to hold up the impending $300 million sale of EXCO Resources' South Texas oil and natural gas properties…by unreasonably withholding consent and seeking to terminate the Contracts on improper grounds." *Id.* ¶ 2. Plaintiffs assert causes of action for (a) breach of contract; (b) declaratory relief; (c) tortious interference with existing contract; and (d) tortious interference with prospective business relations. *Id.* ¶¶ 61-93. As damages, Plaintiffs seek "monetary relief in excess of $1,000,000.00 along with non-monetary relief." Plaintiffs further seek

522221 000609 19520725.1

injunctive relief restraining Defendant from "violating the Base Contract and Transaction Confirmation #7, including without limitation, closing receipt points for Raider's gas or preventing receipt or delivery of Raider's gas, or refusing to pay for such gas." *Id.* ¶ 100. Plaintiffs also asks to recover their attorneys' fees and expenses. *Id.* ¶ 103.

**Defendant**:  Defendant denies Plaintiffs' allegations and denies that Plaintiffs are entitled to any damages or other monetary or non-monetary relief.