UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAIDER MARKETING, LP, EXCO RESOURCES, INC., EXCO OPERATING COMPANY, LP, AND EXCO LAND COMPANY, LLC,<br><br>PLAINTIFFS,<br><br>V.<br><br>CHESAPEAKE ENERGY MARKETING, LLC,<br><br>DEFENDANT. | CIVIL ACTION NO._____ |

## INDEX OF DOCUMENTS FILED WITH DEFENDANT'S NOTICE OF REMOVAL

In accordance with 28 U.S.C. § 1446(a) and Local Civil Rule 81.1(a)(4), Defendant Chesapeake Energy Marketing, LLC ("**Defendant**") submits this Index of Documents Filed with Defendant's Notice of Removal, identifying the following documents being filed with its Notice of Removal:

**Exhibit A:**   Index of documents filed with Defendant's Notice of Removal and copies of each document filed in the State Court Action, except discovery material:

   **Exhibit A-1:**   Civil Case Information Sheet (filed June 6, 2017)

   **Exhibit A-2:**   Plaintiffs' Verified Original Petition and Application for Temporary Restraining Order and Temporary Injunction (filed June 6, 2017)

Index of Documents Filed with Defendant's Notice of Removal – Page 1
522221 000609 19521102.1


EXHIBIT A

**Exhibit B:**   A copy of the docket sheet in the State Court Action (printed June 7, 2017); and

**Exhibit C:**   Defendant's Certificate of Interested Persons.

Respectfully submitted,

_/s/ Craig A. Haynes_
Craig Haynes
State Bar No. 09284020
craig.haynes@tklaw.com

Greg W. Curry
Texas Bar No. 05270300
greg.curry@tklaw.com

Rachelle Glazer
State Bar No. 09785900
rachelle.glazer@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: 214.969.1700
Facsimile: 214.969.1751

Jennifer P. Henry
Texas Bar No. 15859500
jennifer.henry@tklaw.com

THOMPSON & KNIGHT LLP
801 Cherry Street, Suite 1600
Fort Worth, Texas 76102
Telephone: (817) 347-1700
Fax: (817) 347-1799

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed electronically on June 7, 2017, and, in compliance with Local Civil Rule LR 5.1(d), a copy of this document has been served on counsel of record for Plaintiffs.

/s/ *Rachelle H. Glazer*
Rachelle H. Glazer