# CIVIL CASE INFORMATION SHEET

DC-17-06672

CAUSE NUMBER *(FOR CLERK USE ONLY)*: _____  COURT *(FOR CLERK USE ONLY)*: _____

STYLED: Raider Marketing LP, EXCO Resources, Inc., EXCO Operating Company, LP and EXCO Land Company, LLC v. Chesapeake Energy Marketing, LLC

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

| Contact Info | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: T. Gregory Jackson<br>Email: greg.jackson@morganlewis.com<br>Address: 1717 Main, Suite 3200<br>Telephone: 214-466-4000<br>City/State/Zip: Dallas, TX 75201<br>Fax: 214-466-4001<br>Signature: /s/ T. Gregory Jackson<br>State Bar No: 24004718 | Plaintiff(s)/Petitioner(s): Raider Marketing LP, EXCO Resources, Inc., EXCO Operating Company, LP and EXCO Land Company, LLC<br><br>Defendant(s)/Respondent(s): Chesapeake Energy Marketing, LLC<br><br>[Attach additional page as necessary to list all parties] | [X] Attorney for Plaintiff/Petitioner<br>[ ] Pro Se Plaintiff/Petitioner<br>[ ] Title IV-D Agency<br>[ ] Other: _____<br><br>Additional Parties in Child Support Case:<br>Custodial Parent:<br>Non-Custodial Parent:<br>Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

### Civil

| Contract | Injury or Damage | Real Property | Marriage Relationship | Post-judgment Actions (non-Title IV-D) |
|---|---|---|---|---|
| *Debt/Contract*<br>[ ] Consumer/DTPA<br>[ ] Construction<br>[ ] Debt/Contract<br>[ ] Fraud/Misrepresentation<br>[ ] Other Debt/Contract:<br><br>*Foreclosure*<br>[ ] Home Equity—Expedited<br>[ ] Other Foreclosure<br>[ ] Franchise<br>[ ] Insurance<br>[ ] Landlord/Tenant<br>[ ] Non-Competition<br>[ ] Partnership<br>[X] Other Contract: | [ ] Assault/Battery<br>[ ] Construction<br>[ ] Defamation<br>*Malpractice*<br>[ ] Accounting<br>[ ] Legal<br>[ ] Medical<br>[ ] Other Professional Liability:<br><br>[ ] Motor Vehicle Accident<br>[ ] Premises<br>*Product Liability*<br>[ ] Asbestos/Silica<br>[ ] Other Product Liability List Product:<br><br>[ ] Other Injury or Damage: | [ ] Eminent Domain/ Condemnation<br>[ ] Partition<br>[ ] Quiet Title<br>[ ] Trespass to Try Title<br>[ ] Other Property:<br><br>**Related to Criminal Matters**<br>[ ] Expunction<br>[ ] Judgment Nisi<br>[ ] Non-Disclosure<br>[ ] Seizure/Forfeiture<br>[ ] Writ of Habeas Corpus— Pre-indictment<br>[ ] Other: | [ ] Annulment<br>[ ] Declare Marriage Void<br>*Divorce*<br>[ ] With Children<br>[ ] No Children<br><br>**Other Family Law**<br>[ ] Enforce Foreign Judgment<br>[ ] Habeas Corpus<br>[ ] Name Change<br>[ ] Protective Order<br>[ ] Removal of Disabilities of Minority<br>[ ] Other: | [ ] Enforcement<br>[ ] Modification—Custody<br>[ ] Modification—Other<br>**Title IV-D**<br>[ ] Enforcement/Modification<br>[ ] Paternity<br>[ ] Reciprocals (UIFSA)<br>[ ] Support Order<br><br>**Parent-Child Relationship**<br>[ ] Adoption/Adoption with Termination<br>[ ] Child Protection<br>[ ] Child Support<br>[ ] Custody or Visitation<br>[ ] Gestational Parenting<br>[ ] Grandparent Access<br>[ ] Parentage/Paternity<br>[ ] Termination of Parental Rights<br>[ ] Other Parent-Child: |

| Employment | Other Civil | | |
|---|---|---|---|
| [ ] Discrimination<br>[ ] Retaliation<br>[ ] Termination<br>[ ] Workers' Compensation<br>[ ] Other Employment: | [ ] Administrative Appeal<br>[ ] Antitrust/Unfair Competition<br>[ ] Code Violations<br>[ ] Foreign Judgment<br>[ ] Intellectual Property | [ ] Lawyer Discipline<br>[ ] Perpetuate Testimony<br>[ ] Securities/Stock<br>[ ] Tortious Interference<br>[ ] Other: | |

| Tax | Probate & Mental Health |
|---|---|
| [ ] Tax Appraisal<br>[ ] Tax Delinquency<br>[ ] Other Tax | *Probate/Wills/Intestate Administration*<br>[ ] Dependent Administration<br>[ ] Independent Administration<br>[ ] Other Estate Proceedings<br><br>[ ] Guardianship—Adult<br>[ ] Guardianship—Minor<br>[ ] Mental Health<br>[ ] Other: |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

[ ] Appeal from Municipal or Justice Court  [ ] Declaratory Judgment  [ ] Prejudgment Remedy
[ ] Arbitration-related  [ ] Garnishment  [ ] Protective Order
[ ] Attachment  [ ] Interpleader  [ ] Receiver
[ ] Bill of Review  [ ] License  [ ] Sequestration
[ ] Certiorari  [ ] Mandamus  [X] Temporary Restraining Order/Injunction
[ ] Class Action  [ ] Post-judgment  [ ] Turnover

## 4. Indicate damages sought *(do not select if it is a family law case)*:

[ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
[ ] Less than $100,000 and non-monetary relief
[ ] Over $100,000 but not more than $200,000
[ ] Over $200,000 but not more than $1,000,000
[X] Over $1,000,000

**EXHIBIT 1**