# DALLAS COUNTY, TEXAS COURTS PORTAL

Welcome Label

Smart Search    Search Results    Details

## Case Information

DC-17-06672 | RAIDER MARKETING LPet al vs. CHESAPEAKE ENERGY MARKETING LLC

Case Number

DC-17-06672

Court

14th District Court

File Date

06/06/2017

Case Type

OTHER CONTRACT

Case Status

OPEN



# Party

PLAINTIFF
RAIDER MARKETING LP

Address
12377 MERIT DR
DALLAS TX 75251

Active Attorneys
Lead Attorney
JACKSON, T GREGORY
Retained

Work Phone
214-466-4124

Fax Phone
214-466-4001

PLAINTIFF
EXCO RESOURCES INC

Address
12377 MERIT DR
DALLAS TX 75251

Active Attorneys
Lead Attorney
JACKSON, T GREGORY
Retained

Work Phone
214-466-4124

Fax Phone
214-466-4001

PLAINTIFF

EXCO OPERATING COMPANY LP

Address

12377 MERIT DR
DALLAS TX 75251

Active Attorneys

Lead Attorney
JACKSON, T GREGORY

Retained

Work Phone

214-466-4124

Fax Phone

214-466-4001

PLAINTIFF

EXCO LAND AND COMPANY LLC

Address

12377 MERIT DR
DALLAS TX 75251

Active Attorneys

Lead Attorney
JACKSON, T GREGORY

Retained

Work Phone

214-466-4124

Fax Phone

214-466-4001

DEFENDANT

CHESAPEAKE ENERGY MARKETING LLC

Address

BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
1999 BRYAN ST STE 900
DALLAS TX 75201-3136

## Events and Hearings

06/06/2017 NEW CASE FILED (OCA) - CIVIL

06/06/2017 ORIGINAL PETITION

View Document ORIGINAL PETITION

06/06/2017 CASE FILING COVER SHEET

View Document CIVIL CASE INFORMATION SHEET

06/08/2017 TRO HEARING

Judicial Officer
MOYE', ERIC

Hearing Time
10:00 AM

# Financial

## RAIDER MARKETING LP

Total Financial Assessment

$287.00

Total Payments and Credits

$287.00

| | | | |
|---|---|---|---|
| 6/6/2017 | Transaction Assessment | | |
| 6/6/2017 | CREDIT CARD - TEXFILE (... | Receipt # 35673-2017-DC... | RAIDER MARKET |

# Documents

View Document CIVIL CASE INFORMATION SHEET

View Document ORIGINAL PETITION



© 2017 Tyler Technologies, Inc. | All Rights Reserved
Version: 3.0.24.0