UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **RAIDER MARKETING, LP, EXCO RESOURCES, INC., EXCO OPERATING COMPANY, LP, AND EXCO LAND COMPANY, LLC,**<br><br>PLAINTIFFS,<br><br>V.<br><br>**CHESAPEAKE ENERGY MARKETING, LLC,**<br><br>DEFENDANT. | CIVIL ACTION NO._____ |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

In accordance with Federal Rule of Civil Procedure 7.1 and Local Civil Rules LR 81.1(a)(4)(D), 7.4, and 3.1(c), Defendant Chesapeake Energy Marketing, L.L.C. files this Certificate of Interested Persons, and provides the following information:

1. For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:

Chesapeake Energy Marketing, L.L.C. is an Oklahoma limited liability company whose sole member is Chesapeake Energy Corporation. Chesapeake Energy Corporation is a publicly-traded corporation organized under the laws of the State of Oklahoma and has its principal place of business in Oklahoma City, Oklahoma. There is no publicly held corporation that owns ten (10) percent or more of the stock of Chesapeake Energy Corporation.

2. A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that may be financially interested in the outcome of the case:

    a. Raider Marketing, LP (Plaintiff)

    b. EXCO Resources, Inc. (Plaintiff)

    c. EXCO Operating Company, LP (Plaintiff)

    d. EXCO Land Company, LLC (Plaintiff)

    e. Chesapeake Energy Marketing, L.L.C. (Defendant)

    f. Chesapeake Energy Corporation (Defendant's member)

Dated: June 7, 2017

Respectfully submitted,

/s/ Craig A. Haynes
Craig Haynes
Texas Bar No. 09284020
craig.haynes@tklaw.com

Greg W. Curry
Texas Bar No. 05270300
greg.curry@tklaw.com

Rachelle Glazer
Texas Bar No. 09785900
rachelle.glazer@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX  75201
Telephone: 214.969.1700
Facsimile: 214.969.1751

Jennifer P. Henry
Texas Bar No. 15859500
jennifer.henry@tklaw.com

THOMPSON & KNIGHT LLP
801 Cherry Street, Suite 1600
Fort Worth, Texas 76102
Telephone:  (817) 347-1700
FAX:  (817) 347-1799

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed electronically on June 7, 2017, and, in compliance with Local Civil Rule LR 5.1(d), a copy of this document has been served on counsel of record for Plaintiffs.

/s/ Rachelle H. Glazer
Rachelle H. Glazer