UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RAIDER MARKETING, LP, EXCO RESOURCES, INC., EXCO OPERATING COMPANY, LP, AND EXCO LAND COMPANY, LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>CHESAPEAKE ENERGY MARKETING, LLC,<br><br>    *Defendant*. | CIVIL ACTION NO.  3:17-CV-1516-N |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Raider Marketing, LP; EXCO Resources, Inc.; EXCO Operating Company, LP; and EXCO Land Company, LLC (collectively, "EXCO" or "Plaintiffs") and Defendant Chesapeake Energy Marketing, LLC ("Chesapeake") hereby jointly stipulate to dismissal with prejudice of their respective claims asserted in this lawsuit.  This joint stipulation includes all claims pleaded in Plaintiffs' Amended Complaint, filed on August 1, 2017 [16], and all claims pleaded in Chesapeake's Second Amended Answer to Plaintiffs' Amended Complaint and Counterclaim, filed on August 9, 2018 [57].

EXCO and Chesapeake further stipulate that each party shall bear its own fees and costs, if any.

**JOINT STIPULATION OF DISMISSAL**

1

Date: April 25, 2019

Respectfully submitted,

/s/ Greg Jackson
T. Gregory Jackson
  Texas Bar No. 24004718
  greg.jackson@arcadijackson.com
Ann Marie Arcadi
  Texas Bar No. 00786994
  annmarie.arcadi@arcadijackson.com
Aaron C. Christian
  Texas Bar No. 24076089
  aaron.christian@ arcadijackson.com
ARCADI JACKSON, LLP
2911 Turtle Creek Blvd., Suite 800
Dallas, Texas 75219
T.  214.865.6458
F.  214.865.6522

**COUNSEL FOR PLAINTIFFS RAIDER MARKETING, LP, EXCO RESOURCES, INC., EXCO OPERATING COMPANY, LP and EXCO LAND COMPANY, LLC**

/s/ Craig Haynes
Craig Haynes
  State Bar No. 09284020
  craig.haynes@tklaw.com
Greg W. Curry
  Texas Bar No. 05270300
  greg.curry@tklaw.com
Rachelle Glazer
  State Bar No. 09785900
  rachelle.glazer@tklaw.com
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, TX 75201
Telephone: 214.969.1700
Facsimile: 214.969.1751

Jennifer P. Henry
  Texas Bar No. 15859500
  jennifer.henry@tklaw.com
THOMPSON & KNIGHT LLP
801 Cherry Street, Suite 1600
Fort Worth, Texas 76102
Telephone: (817) 347-1700
Fax: (817) 347-1799

**COUNSEL FOR DEFENDANT CHESAPEAKE ENERGY MARKETING LLC**

**JOINT STIPULATION OF DISMISSAL**

## CERTIFICATE OF SERVICE

      I certify that this document was filed electronically on April 25, 2019, and in compliance with Local Rule 5.1(d) for the United States District Court for the Northern District of Texas, a copy of this document has been served automatically by ECF on each party who is a registered user of ECF.

                                      */s/ Greg Jackson*
                                      T. Gregory Jackson